# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HERMAN L. BARTON, JR.,

    Plaintiff,

v.

FREMONT STREET EXPERIENCE,

    Defendant.

Case No. 2:11-CV-02097-KJD-GWF

**ORDER**

    On February 16, 2012, the Court's order (#2) granting Plaintiff's application to proceed In Forma Pauperis was returned to the Court undelivered (#3 – Copy of returned envelope). Plaintiff has failed to update his address or provide a forwarding address. Local Special Rule 2–2 authorizes dismissal with prejudice where a plaintiff fails to notify the court of his change of address.

    Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

    DATED this 14th day of November 2012.

                                                          _____
                                                          Kent J. Dawson
                                                          United States District Judge