# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN L. BARTON, JR., | |
| Plaintiff, | Case No. 2:11-CV-02097-KJD-GWF |
| v. | **ORDER** |
| FREMONT STREET EXPERIENCE, | |
| Defendant. | |

On February 16, 2012, the Court's order (#2) granting Plaintiff's application to proceed In Forma Pauperis was returned to the Court undelivered (#3 – Copy of returned envelope).  Plaintiff has failed to update his address or provide a forwarding address.  Local Special Rule 2–2 authorizes dismissal with prejudice where a plaintiff fails to notify the court of his change of address.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

DATED this 14th day of November 2012.

_____
Kent J. Dawson
United States District Judge